UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANA BAIRES,

Plaintiff,

v.

TREEHOUSE FOODS, INC., et al.,

Defendants.
______________________________/

Case No. 1:26−cv−02892−HYJ−PJG

Hon. Hala Y. Jarbou

**NOTICE OF RECEIPT OF CASE**

NOTICE is hereby given that this case has been received, and filed in this court on October 8, 2026. It has been assigned the case number and judge set forth above.

CLERK OF COURT

Dated: October 9, 2026

By: /s/ E. Siskind
Deputy Clerk