UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANA BAIRES,

Plaintiff,

Case No. 1:26−cv−02892−HYJ−PJG

v.

Hon. Hala Y. Jarbou

TREEHOUSE FOODS, INC., et al.,

Defendants.
_______________________________/

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**

IT IS ORDERED that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Phillip J. Green, United States Magistrate Judge, for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

IT IS SO ORDERED.

Dated: October 9, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU