UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANA BAIRES,

Plaintiff,

v.

TREEHOUSE FOODS, INC., et al.,

Defendants.
______________________________________/

Hon. Hala Y. Jarbou

Case No. 1:26-cv-02892-HYJ-PJG

**ORDER**

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis*. (ECF No. 2). The Court has reviewed Plaintiff's application in its entirety. Plaintiff has failed to sign and date the Application certifying that the information contained in the application is true and accurate. Accordingly,

**IT IS ORDERED** that the Clerk of Court directed to mail to Plaintiff her unsigned application for signature along with a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiff shall within fourteen days of the date of this order, return to the Court her signed application.

**IT IS SO ORDERED**.

Date: October 9, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
U.S. Magistrate Judge