AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ana Baires

v.

TreeHouse Foods, Inc.
and
Bay Valley Foods, LLC

Case No. 1:26-cv-2892
Hon. Hala Y. Jarbou

TO: Bay Valley Foods, LLC
ADDRESS: 652 W Elm St.
Wayland, MI 49348

FILED - GR
October 23, 2026 12:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 10.23

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Ana Baires
334 Dickinson St. SW
Grand Rapids, MI 49507
(616) 322-0189
PRO SE

CLERK OF COURT

By: Deputy Clerk

October 21, 2026
Date

### PROOF OF SERVICE

This summons for Bay Valley Foods, LLC (name of individual and title, if any) was received by me on 10/21/26 (date).

☐ I personally served the summons on the individual at ______ (place where served) on ______ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______ (name), a person of suitable age and discretion who resides there, on ______ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on Patrick Temple, Plant Manager (name of individual), who is designated by law to accept service of process on behalf of Bay Valley Foods, LLC (name of organization) on 10/23/26 (date).

☐ I returned the summons unexecuted because ______.

☐ Other *(specify)* ______.

My fees are $ — for travel and $ — for services, for a total of $ —.

I declare under the penalty of perjury that this information is true.

Date: 10/23/26

Server's signature

Mark Castagne Deputy U.S. Marshal
Server's printed name and title

110 Michigan St NW, Grand Rapids, MI
Server's address

Additional information regarding attempted service, etc.: